**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                Bankruptcy No. 20-20180-CMB
                                                         Chapter 13

Luke W. Aaron and
Alisha M. Aaron, Debtors

                                                                  re doc. no. 24

Luke W. Aaron and
Alisha M. Aaron, Movants,

         v.

Testex, Inc., Respondent.


### AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

        The above-named Debtor having filed a Chapter 13 petition and the Debtor or Trustee having moved for an Order to attach wages in order to fund the Chapter 13 Plan:

        IT IS, THEREFORE, ORDERED, that until further Order of this Court, the entity from which the Debtor Luke W. Aaron receives income:

Testex, Inc.
Attn: Payroll Department
535 Old Frankstown Road
Pittsburgh, PA 15239

**shall increase the withholding from said income from the current amount of $1,086.00 per bi-weekly pay period to the new amount of $1,267.00 per bi-weekly pay period**, beginning on the next pay day following receipt of this Order, and shall deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as the result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago IL 60689-4002

        IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

        IT IS FURTHER ORDERED that the Debtors shall serve this Order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the Debtor's full Social Security number on the above-named entity. Debtor shall file a Certificate of Service regarding service of the Order and the local form, but the Social Security number shall not be included on the certificate.

      IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

      IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

      IT IS FURTHER ORDERED that this Order supersedes previous orders made to the above-named entity in this case.

      IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and Order of this Court.

      IT IS FURTHER ORDERED that the debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __14th__ day of __February__, 20 _20_.

                                                              *Carlota M. Böhm* dmk
                                                              Carlota M. Böhm
                                                              Chief United States Bankruptcy Judge

FILED
2/14/20 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cm:    Debtor
        Attorney for Debtor
        Office of the Standing Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Luke W. Aaron
Alisha M. Aaron
    Debtors

Case No. 20-20180-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Feb 14, 2020
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2020.
db/jdb        +Luke W. Aaron,    Alisha M. Aaron,    286 Sherwood Dr,    Cranberry Twp, PA 16066-4366
               +Testex Inc.,    Atten: Payroll Dept.,    535 Old Frankstown Road,    Pittsburgh, PA 15239-1858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                                       Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2020 at the address(es) listed below:
        David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
        Michael S. Lazaroff    on behalf of Debtor Luke W. Aaron butlerdebtlaw@zoominternet.net, alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com
        Michael S. Lazaroff    on behalf of Joint Debtor Alisha M. Aaron butlerdebtlaw@zoominternet.net, alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                                                                     TOTAL: 6