IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 20-20180-CMB |
| | ) | |
| Luke W. Aaron & Alisha M. Aaron, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | RELATED TO DOCKET NO. 22 |
| | ) | |
| S&T Bank, | ) | |
| | ) | |
| Objecting Party, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Luke W. Aaron & Alisha M. Aaron, Debtors; and Ronda J. Winnecour, Trustee; | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF COURT

AND NOW, this 26th day of February, 20 20, upon consideration of the Withdrawal of Objections to Confirmation of Chapter 13 Plan, filed on behalf of S&T Bank, it is hereby ORDERED, ADJUDGED, and DECREED that the Objections to Confirmation of Chapter 13 Plan are WITHDRAWN.

BY THE COURT:

_Carlota M. Böhm_ dmk
Carlota M. Bohm
Chief U.S. Bankruptcy Judge

FILED
2/26/20 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 20-20180-CMB
Luke W. Aaron                                                           Chapter 13
Alisha M. Aaron
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: dsaw              Page 1 of 1            Date Rcvd: Feb 26, 2020
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
db/jdb         +Luke W. Aaron,    Alisha M. Aaron,   286 Sherwood Dr,   Cranberry Twp, PA 16066-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
    David W. Raphael    on behalf of Creditor   S&T Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com
    James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
    Michael S. Lazaroff    on behalf of Debtor Luke W. Aaron butlerdebtlaw@zoominternet.net, alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com
    Michael S. Lazaroff    on behalf of Joint Debtor Alisha M. Aaron butlerdebtlaw@zoominternet.net, alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6