# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** LUKE W. & ALISHA M. AARON
- **Case Number:** 20-20180-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 30, 2020  03:00 PM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#23 - Continued Confirmation of Plan Dated 2/13/2020 (NFC)
R / M #: 23 / 0

## Appearances:

Debtor: Lazaroff
Trustee: Winnecour / Pall / Katz / DeSimone
Creditor:

*[Handwritten note: Con H for amended plan due to Debtor H job cut backs.]*

## Proceedings:

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **8/31/20**.
   Objections are due on or before **9/29/20**
   A hearing on the Amended Plan is set for **10/8/20** at **2:00 pm**.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

FILED
8/4/20 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

7/23/2020   1:03:37PM