# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: LUKE W. & ALISHA M. AARON
- Case Number: 20-20180-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, OCTOBER 08, 2020 02:00 PM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

\# - Amended Plan Due: 8/31/2020 (NFC) (Amended Plan NOT filed)
R / M #: 23 / 0

**Appearances:**

- Debtor: _Lazaroff_
- Trustee: Winnecour / ~~Pail~~ / Katz / ~~DeSimone~~
- Creditor:

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ ~~Debtor is~~ to inform Court within ___ days their preference to Convert or Dismiss
6. ___ ~~The plan payment/term is increased/extended to~~ ___, effective ___
7. ✓ Plan/Motion continued to 11/19/20 at 1:30 pm
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___. Objections are due on or before ___. Hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

*Handwritten notes:* Counsel was unprepared for conciliation. Cont'd so counsel can review feasibility & consult with his clients.

FILED
10/9/20 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

10/2/2020  10:17:48AM