**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

20-20180 CMB

In Re: Luke W. Aaron and Alisha M. Aaron       Bankruptcy No. ~~20-20130-CMB~~
Chapter 13

Related to Doc. No. 40

Luke W. Aaron and Alisha M. Aaron, Movants

   v.

Ronda J. Winnecour, Chapter 13 Trustee, Respondent

**ORDER**

AND NOW, this __18th__ day of __November__, 20__20__, in consideration of the Debtor/Movant's *Motion to Continue Chapter 13 Conciliation Conference,* it is hereby ORDERED that the Meeting of Creditors in the above case, currently scheduled for November 19, 2020 at 1:30 PM, is hereby CONTINUED and RESCHEDULED to the __17th__ day of __December__, 20__20__, at __1:00__ __P__.M.

Carlota M. Böhm
United States Bankruptcy Judge

dmk

FILED
11/18/20 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Luke W. Aaron  
Alisha M. Aaron  
    Debtor(s)

Case No. 20-20180-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 2  
Date Rcvd: Nov 18, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Luke W. Aaron, Alisha M. Aaron, 286 Sherwood Dr, Cranberry Twp, PA 16066-4366 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor S&T Bank bslaby@grenenbirsic.com  mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Michael S. Lazaroff | on behalf of Debtor Luke W. Aaron butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Michael S. Lazaroff | on behalf of Joint Debtor Alisha M. Aaron butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |

District/off: 0315-2 User: dsaw Page 2 of 2
Date Rcvd: Nov 18, 2020 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7