# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Luke W. Aaron and  
       Alisha M. Aaron, Debtors

Bankruptcy No.: 20-20180-CMB  
Chapter 13

Luke W. Aaron and  
Alisha M. Aaron, Movants

      v.

Nationstar Mortgage LLC, d/b/a Mr. Cooper and  
Ronda J. Winnecour, Chapter 13 Trustee, Respondents

## CERTIFICATE OF SERVICE

I, Michael S. Lazaroff, Esquire, of 277 West Main Street, Saxonburg, PA 16056

CERTIFY:

That I am at least 18 years of age;

That on the 7th day of January, 2021, I served a copy of the *Debtors' Declaration Regarding Mortgage Payment Change* filed in this proceeding on:

Office of the U.S. Trustee  
via CM/ECF e-mail noticing

Ronda Winnecour, Esquire  
Chapter 13 Trustee  
via CM/ECF noticing

Maria D. Miksich, Esq., Attorney for Movant  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
via electronic mail to bkgroup@kmllawgroup.com

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on:  January 7, 2021

/s/ *Michael S. Lazaroff*_____  
Michael S. Lazaroff, Esquire  
PA ID  No. 204494

Law Office of Michael S. Lazaroff  
277 West Main Street, PO Box 216  
Saxonburg, PA 16056-0216  
724-352-4905

ButlerDebtLaw@zoominternet.net

Counsel for Debtors/Movants