**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Bankruptcy No. 20-20180-CMB |
| | Chapter 13 |
| Luke W. Aaron and | |
| Alisha M. Aaron, Debtors | |
| | |
| Luke W. Aaron and | re doc. 50 |
| Alisha M. Aaron, Movants, | |
| v. | |
| Testex, Inc., Respondent. | |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor having filed a Chapter 13 petition and the Debtor or Trustee having moved for an Order to attach wages in order to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED, that until further Order of this Court, the entity from which the Debtor Luke W. Aaron receives income:

Testex, Inc.
Attn:  Payroll Department
535 Old Frankstown Road
Pittsburgh, PA 15239

**shall increase the withholding from said income from the current amount of $1,477.00 per bi-weekly pay period to the new amount of $1,499.00 per bi-weekly pay period**, beginning on the next pay day following receipt of this Order, and shall deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as the result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago IL  60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this Order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the Debtor's full Social Security number on the above-named entity. Debtor shall file a Certificate of Service regarding service of the Order and the local form, but the Social Security number shall not be included on the certificate.

   IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

   IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

   IT IS FURTHER ORDERED that this Order supersedes previous orders made to the above-named entity in this case.

   IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and Order of this Court.

   IT IS FURTHER ORDERED that the debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this \_\_\_7th\_\_\_ day of \_\_\_January_____, 20\_\_21\_\_.

FILED  
1/7/21 8:49 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

Carlota M. Böhm  
Chief United States Bankruptcy Judge

dmk

cm: Debtor  
   Attorney for Debtor  
   Office of the Standing Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                            Case No. 20-20180-CMB
Luke W. Aaron                                                                                                              Chapter 13
Alisha M. Aaron
      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                       User: dsaw                                                            Page 1 of 2
Date Rcvd: Jan 07, 2021                                     Form ID: pdf900                                       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol        Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

**Recip ID**            **Recipient Name and Address**
db/jdb               +  Luke W. Aaron, Alisha M. Aaron, 286 Sherwood Dr, Cranberry Twp, PA 16066-4366
                      +  Testex, Inc., atten: Payroll, 535 Old Frankstown Road, Pittsburgh, PA 15239-1858

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021                                      Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:**

**Name**                            **Email Address**
Beth L. Slaby
                       on behalf of Creditor S&T Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com

Brian Nicholas
                       on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

David W. Raphael
                       on behalf of Creditor S&T Bank raphaeld@fnb-corp.com

Maria Miksich
                       on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Michael S. Lazaroff
                       on behalf of Joint Debtor Alisha M. Aaron butlerdebtlaw@zoominternet.net

| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: pdf900 | Total Noticed: 2 |

        alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com

Michael S. Lazaroff

        on behalf of Debtor Luke W. Aaron butlerdebtlaw@zoominternet.net
        alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com

Office of the United States Trustee

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

TOTAL: 8