# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Luke W. Aaron and  
Alisha M. Aaron, Debtors

Bankruptcy No.: 20-20180-CMB  
Chapter 13

Luke W. Aaron and  
Alisha M. Aaron, Movants

v.

Nationstar Mortgage LLC, d/b/a Mr. Cooper and  
Ronda J. Winnecour, Chapter 13 Trustee, Respondents

### DEBTORS' DECLARATION REGARDING MORTGAGE PAYMENT CHANGE

AND NOW, comes the Debtors/Movants Luke W. Aaron and Alisha M. Aaron, by and through their counsel Michael S. Lazaroff, Esquire, and respectfully represent as follows:

1. Respondent Nationstar Mortgage LLC, d/b/a Mr. Cooper filed a *Notice of Mortgage Payment Change* at Claim 22 in the above captioned Chapter 13 case.

2. Debtors and undersigned counsel hereby declare that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt because, in this case, the *Notice of Mortgage Payment Change* shows that the total monthly payment is decreasing due to escrow account revisions.

Respectfully submitted,

*/s/ Michael S. Lazaroff*  
Michael S. Lazaroff, Esquire  
PA ID No. 204494

Law Office of Michael S. Lazaroff  
277 West Main Street, PO Box 216  
Saxonburg, PA 16056-0216  
724-352-4905

ButlerDebtLaw@zoominternet.net

Counsel for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | |
|---|---|
| Luke W. Aaron and<br>Alisha M. Aaron, Debtors | Bankruptcy No.: 20-20180-CMB<br>Chapter 13 |

Luke W. Aaron and
Alisha M. Aaron, Movants

      v.

Nationstar Mortgage LLC, d/b/a Mr. Cooper and
Ronda J. Winnecour, Chapter 13 Trustee, Respondents

**CERTIFICATE OF SERVICE**

    I, Michael S. Lazaroff, Esquire, of 277 West Main Street, PO Box 216, Saxonburg, PA 16056

CERTIFY:

    That I am at least 18 years of age;

    That on the 23rd day of December, 2021, I served a copy of the *Debtors' Declaration Regarding Mortgage Payment Change* filed in this proceeding on:

Office of the U.S. Trustee
via CM/ECF e-mail noticing

Ronda Winnecour, Esquire
Chapter 13 Trustee
via CM/ECF noticing

Brian C. Nicholas, Esq. (counsel for Mr. Cooper)
via CM/ECF e-mail noticing

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on: December 23, 2021        /s/ *Michael S. Lazaroff*
                                                        Michael S. Lazaroff, Esquire
                                                        PA ID  No. 204494

                                                       Law Office of Michael S. Lazaroff
                                                       277 West Main Street, PO Box 216
                                                       Saxonburg, PA 16056-0216
                                                       724-352-4905

                                                       [ButlerDebtLaw@zoominternet.net](mailto:ButlerDebtLaw@zoominternet.net)

                                                       Counsel for Debtors/Movants