**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/08/2022

IN RE:

| | |
|---|---|
| LUKE W. AARON<br>ALISHA M. AARON<br>286 SHERWOOD DR<br>CRANBERRY TWP, PA 16066<br>XXX-XX-4005     Debtor(s)<br><br>XXX-XX-2543 | Case No.20-20180 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/8/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: EBAY/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5632 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NATIONSTAR~MR COOPER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRENEN & BIRSIC PC***<br>1 GATEWAY CENTER - 9TH FL<br>420 FT DUQUESNE BLVD<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: S AND T BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GREAT AMERICAN INSURANCE**<br>1640 CAPITAL ST STE 100<br><br>ELGIN, IL 60124 | Trustee Claim Number:4  INT %: 4.00%<br>Court Claim Number:6<br><br>CLAIM: 8,727.00<br>COMMENT: $CL6GOV@4%/PL*$/CL-PL@4%/PL*HAUSH AND CO/SCH-PL*2B 506/PL*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7441 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:22<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*CL22GOV*DKT4LMT*BGN 2/20 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3903 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 4,087.11<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2003 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br><br>WILMINGTON, DE 19886-5102 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 2,329.73<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0258 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br><br>WILMINGTON, DE 19886-5102 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 5,517.81<br>COMMENT: X2078/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7418 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:34<br><br>CLAIM: 6,407.67<br>COMMENT: CITIBANK*COSTCO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0191 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:33<br><br>CLAIM: 4,091.66<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3942 |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,295.71<br>COMMENT: COMENITY*ANN TAYLOR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7458 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 1,222.13<br>COMMENT: COMENITY CAPITAL BANK*HSN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2977 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 9,864.84<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8999 |
| **GOLLA CENTER FOR PLASTIC SURGERY**<br>107 GAMMA DR STE 210<br>PITTSBURGH, PA 15238-2917 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9442 |
| **JPMORGAN CHASE BANK**<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 2,908.44<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1434 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 701.59<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9590 |
| **PENDRICK CAPITAL PARTNERS II LLC**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 118.18<br>COMMENT: X9138/SCH*EMP OF ALL-KISKI PLLC*MEDICAL DEBT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4943 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA 15801 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*277.34X60+2=LMT*UNS/SCH*BGN 2/20 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5836 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 5,399.44<br>COMMENT: SYNCHRONY*AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2143 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 826.58<br>COMMENT: SYNCHRONY*CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1649 |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  10,898.26<br>COMMENT:  SYNCHRONY*EBAY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5632 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:28<br><br>CLAIM:  4,223.74<br>COMMENT:  SYNCHRONY*OLD NAVY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6673 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  6,621.83<br>COMMENT:  SYNCHRONY*TJX | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0470 |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA  15203 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **US BANK**<br>205 WEST 4TH ST<br>CN-OH-X5-FI<br>CINCINNATI, OH  45202 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1142 |
| **US BANK**<br>205 WEST 4TH ST<br>CN-OH-X5-FI<br>CINCINNATI, OH  45202 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4178 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO CARD SERVICES<br>PO BOX 9210<br>DES MOINES, IA  50306 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:30<br><br>CLAIM:  10,232.02<br>COMMENT:  X3550/SCH*624130018 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0018 |
| **ABILITY RECOVERY SERVICES LLC**<br>PO BOX 4262<br><br>SCRANTON, PA  18505 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT CONTROL LLC**<br>5757 PHANTOM DR STE 330<br><br>HAZELWOOD, MO  63042 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FMS INC**<br>POB 707600<br><br>TULSA, OK  74170 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

Case 20-20180-CMB   Doc 58   Filed 02/08/22   Entered 02/08/22 15:39:51   Desc
Page 6 of 7

| CLAIM RECORDS | | |
|---|---|---|
| **WELTMAN WEINBERG & REIS CO LPA**<br>2500 KOPPERS BUILDING<br>436 SEVENTH AVE<br><br>PITTSBURGH, PA 15219-1842 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MRS BPO, L.L.C.**<br>1930 OLNEY AVE.<br><br>CHERRY HILL, NJ 08003 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 57.88<br>COMMENT: QVC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6934 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 3,594.18<br>COMMENT: NT/SCH*HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4379 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 4,609.48<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2490 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 1,322.21<br>COMMENT: NT/SCH*VCTR SCRT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8947 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE**<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:22<br><br>CLAIM: 35,947.15<br>COMMENT: CL22GOV*41,402.74/PL*THRU 1/20 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3903 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br><br>INDIANA, PA 15801 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 5,878.64<br>COMMENT: $/CL-PL*UNSEC/SCH*THRU 1/20 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5836 |
| **JPMORGAN CHASE BANK**<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 560.95<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7683 |
| **JPMORGAN CHASE BANK**<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 1,948.95<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8679 |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 21 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5826 | CLAIM: 13,882.62<br>COMMENT: NT/SCH*NATIONAL CITY |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 25 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 792.96<br>COMMENT: NT/SCH |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 26 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2868 | CLAIM: 3,159.45<br>COMMENT: REF 3537583825*NT/SCH*SYNCHRONY*BANANA CARD |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 27 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 1,472.21<br>COMMENT: REF 3537630647*NT/SCH*QCARD |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 29 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5700 | CLAIM: 4,412.58<br>COMMENT: REF 3537512262*NT/SCH*JCI HOME DESIGNS HVAC |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 32 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2956 | CLAIM: 4,673.12<br>COMMENT: CL32GOV*NT/SCH-PL*WNTS 0% |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7709 | CLAIM: 1,998.61<br>COMMENT: NT/SCH*BEST BUY |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3474 | CLAIM: 6,950.42<br>COMMENT: NT/SCH*CITIBANK |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA 15801 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5836 | CLAIM: 0.00<br>COMMENT: $250 NTC POSTPET FEE/EXP W/D@ DOC 55**W/38*DK! |