# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Luke W. Aaron and Alisha M. Aaron, Debtors        Bankruptcy No.: 20-20180-CMB
                                                  Chapter 13

Luke W. Aaron and Alisha M. Aaron, Debtors

    v.

U.S. Bank Trust, National Association. and
Ronda L. Winnecour, Chapter 13 Trustee, Respondents

## CERTIFICATE OF SERVICE

I, Michael S. Lazaroff, Esquire, of 277 West Main Street, PO Box 216, Saxonburg, PA 16056

CERTIFY:

That I am at least 18 years of age;

That on the 7th day of June, 2024, I served a copy of the *Debtors' Declaration Regarding Mortgage Payment Change* filed in this proceeding on:

Office of the U.S. Trustee
via CM/ECF e-mail noticing

Ronda Winnecour, Esq.
Chapter 13 Trustee
via CM/ECF noticing

Shellie A. Labell (authorized agent for creditor U.S. Bank Trust National Association)
via electronic mail to slabell@raslg.com

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on: June 7, 2024            /s/ *Michael S. Lazaroff*_____
                                     Michael S. Lazaroff, Esquire
                                     PA ID  No. 204494

                                     Law Office of Michael S. Lazaroff
                                     277 West Main Street, PO Box 216
                                     Saxonburg, PA 16056-0216
                                     724-352-4905

                                     ButlerDebtLaw@zoominternet.net

                                     Counsel for Debtors/Movants