Certificate Number: 13858-PAW-DE-039178536

Bankruptcy Case Number: 20-20180



13858-PAW-DE-039178536

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 21, 2024, at 8:53 o'clock PM EST, Alisha M. Aaron completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 22, 2024         By:    /s/Shauna B. Curtsinger

                                  Name:  Shauna B. Curtsinger

                                  Title: Counselor