**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Luke W. Aaron and<br>Alisha M. Aaron, Debtors | Bankruptcy No.  20-20180-CMB<br>Chapter 13 |

Luke W. Aaron and Alisha M. Aaron, Movants

  v.

No Respondent

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

  And now, come the Debtors/Movants Luke W. Aaron and Alisha M. Aaron, by and through their counsel Michael S. Lazaroff, Esquire, and respectfully represent as follows:

  1. The Debtors/Movants have made all payments required by the Chapter 13 Plan.

  2. The Debtors/Movants are not required to pay any domestic support obligations.

  3. The Debtors/Movants are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors/Movants have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtors/Movants ineligible for a discharge.

  4. On December 23, 2024, at docket number 70, the Debtor/Movant Luke W. Aaron complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Debtor Education*.

5. On December 23, 2024, at docket number 69, the joint Debtor/Movant Alisha M. Aaron complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Debtor Education.*

6. This Certification is being signed under penalty of perjury by undersigned counsel who duly questioned the Debtors/Movants about the statements in this *Certification* and verified the answers in support of this Certification.

Date:  January 14, 2025

*/s/ Michael S. Lazaroff*
Michael S. Lazaroff, Esquire
Attorney for Debtors/Movants
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street
PO Box 216
Saxonburg, PA 16056-0216

724-352-4905

ButlerDebtLaw@zoominternet.net