## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  LUKE W. AARON<br>ALISHA M. AARON<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>  LUKE W. AARON<br>ALISHA M. AARON<br><br>         Respondents | Case No. 20-20180CMB<br><br>Chapter 13<br><br>Document No. 71 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  14th  day of  January , 20 25, it is hereby ORDERED, ADJUDGED, and DECREED that,

Testex Inc
Attn: Payroll Manager
535 Old Frankstown Rd
Pittsburgh, PA 15239

is hereby ordered to immediately terminate the attachment of the wages of LUKE W. AARON, social security number XXX-XX-4005. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LUKE W. AARON.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_Carlota M. Böhm_   glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
1/14/25 7:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20180-CMB |
| Luke W. Aaron | Chapter 13 |
| Alisha M. Aaron | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 14, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luke W. Aaron, 286 Sherwood Dr, Cranberry Twp, PA 16066-4366 |
| jdb | #+ | Alisha M. Aaron, 286 Sherwood Dr, Cranberry Twp, PA 16066-4366 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 16, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | on behalf of Creditor S&T Bank bslaby@lenderlaw.com |

District/off: 0315-2 — User: auto — Page 2 of 2
Date Rcvd: Jan 14, 2025 — Form ID: pdf900 — Total Noticed: 2

Jeremy J Kobeski
    on behalf of Creditor S&T Bank jkobeski@grenenbirsic.com  mcupec@grenenbirsic.com

Maria Miksich
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Michael S. Lazaroff
    on behalf of Debtor Luke W. Aaron butlerdebtlaw@zoominternet.net
    alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com

Michael S. Lazaroff
    on behalf of Joint Debtor Alisha M. Aaron butlerdebtlaw@zoominternet.net
    alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10