Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Luke W. Aaron |
| Debtor 2 (Spouse, if filing) | Alisha M. Aaron |

United States Bankruptcy Court for the **WESTERN** District of **Pennsylvania**
(State)

Case number **20-20180-CMB**

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Owner Trustee For PRET 2024-RPL1 Trust

**Court claim no.** (if known): 22-1

**Last 4 digits** of any number you use to identify the debtor's account: 6472

**Property address:** 286 SHERWOOD DR
Number          Street
CRANBERRY TOWNSHIP, PA 16066-4366
City                        State           ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X]    Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]    Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:             $_____

### Part 3: Postpetition Mortgage

*Check one:*

[X]    Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    05 /01 /2025
MM/DD/YYYY

[ ]    Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                                      (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:                      + (b) $_____
c. Total. Add lines a and b.                                                                                  (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
MM/ DD/ YYYY

*Please note the creditor is in the process of filing a Transfer of Claim to reflect the creditor as the transferee of this claim. However, this Response to Notice of Final Cure is being filed to ensure the creditors compliance with Fed. R. Bankr. P. 3002.1.

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 1

| Debtor 1 | Luke W. Aaron | | | Case number (if known) | 20-20180-CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Christopher Salamone            Date 02/21/2025
   Signature

Print   Christopher Salamone                         Title Authorized Agent
        First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   13010 Morris Rd, Suite 450
          Number         Street

          Alpharetta, GA 30004
          City          State       ZIP Code

Contact   470-321-7112                               Email csalamone@raslg.com

Form 4100R            Response to Notice of Final Cure Payment            page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Luke W. Aaron
Alisha M. Aaron
286 Sherwood Dr.
Cranberry Twp, PA 16066

**And via electronic mail to:**

Michael S. Lazaroff
Law Office of Michael S. Lazaroff
277 West Main St.
PO Box 216
Saxonburg, PA 16056

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Dena Eaves
Dena Eaves
deaves@raslg.com