**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LUKE W. AARON<br>ALISHA M. AARON<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:20-20180<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/16/2020 and confirmed on 3/2/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 188,543.23 |
| Less Refunds to Debtor | 9,229.56 | |
| TOTAL AMOUNT OF PLAN FUND | | 179,313.67 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,500.00 | |
|    Trustee Fee | 9,490.57 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,990.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - OWNER TRUSTEE F | 0.00 | 69,367.60 | 0.00 | 69,367.60 |
|   Acct: 6472 | | | | |
| S & T BANK(*) | 0.00 | 16,917.74 | 0.00 | 16,917.74 |
|   Acct: 5836 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE F | 35,947.15 | 35,947.15 | 0.00 | 35,947.15 |
|   Acct: 6472 | | | | |
| S & T BANK(*) | 5,878.64 | 5,878.64 | 0.00 | 5,878.64 |
|   Acct: 5836 | | | | |
| WELLS FARGO BANK NA | 4,673.12 | 4,673.12 | 0.00 | 4,673.12 |
|   Acct: 2956 | | | | |
| GREAT AMERICAN INSURANCE | 7,879.40 | 7,879.40 | 947.60 | 8,827.00 |
|   Acct: 7441 | | | | |
| | | | | 141,611.25 |
| **Priority** | | | | |
| MICHAEL S LAZAROFF ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LUKE W. AARON | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LUKE W. AARON | 1,499.00 | 1,499.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LUKE W. AARON | 7,730.56 | 7,730.56 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICE OF MICHAEL S LAZAROFF* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MICHAEL S LAZAROFF ESQ** | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5836 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 4,087.11 | 864.85 | 0.00 | 864.85 |
|   Acct: 2003 | | | | |
| BANK OF AMERICA NA** | 2,329.73 | 492.98 | 0.00 | 492.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0258 | | | | |
| BANK OF AMERICA NA** | 5,517.81 | 1,167.59 | 0.00 | 1,167.59 |
| Acct: 7418 | | | | |
| LVNV FUNDING LLC | 6,407.67 | 1,355.89 | 0.00 | 1,355.89 |
| Acct: 0191 | | | | |
| LVNV FUNDING LLC | 4,091.66 | 865.82 | 0.00 | 865.82 |
| Acct: 3942 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,295.71 | 274.18 | 0.00 | 274.18 |
| Acct: 7458 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,222.13 | 258.60 | 0.00 | 258.60 |
| Acct: 2977 | | | | |
| DISCOVER BANK(*) | 9,864.84 | 2,087.44 | 0.00 | 2,087.44 |
| Acct: 8999 | | | | |
| GOLLA CENTER FOR PLASTIC SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9442 | | | | |
| JPMORGAN CHASE BANK | 2,908.44 | 615.43 | 0.00 | 615.43 |
| Acct: 1434 | | | | |
| CAPITAL ONE NA** | 701.59 | 148.46 | 0.00 | 148.46 |
| Acct: 9590 | | | | |
| PENDRICK CAPITAL PARTNERS II LLC | 118.18 | 25.01 | 0.00 | 25.01 |
| Acct: 4943 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 5,399.44 | 1,142.55 | 0.00 | 1,142.55 |
| Acct: 2143 | | | | |
| MIDLAND FUNDING LLC | 826.58 | 174.90 | 0.00 | 174.90 |
| Acct: 1649 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 10,898.26 | 2,306.11 | 0.00 | 2,306.11 |
| Acct: 5632 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 4,223.74 | 893.76 | 0.00 | 893.76 |
| Acct: 6673 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 6,621.83 | 1,401.21 | 0.00 | 1,401.21 |
| Acct: 0470 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1142 | | | | |
| US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4178 | | | | |
| WELLS FARGO BANK NA | 10,232.02 | 2,165.14 | 0.00 | 2,165.14 |
| Acct: 0018 | | | | |
| LVNV FUNDING LLC | 57.88 | 12.25 | 0.00 | 12.25 |
| Acct: 6934 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,594.18 | 760.54 | 0.00 | 760.54 |
| Acct: 4379 | | | | |
| DISCOVER BANK(*) | 4,609.48 | 975.38 | 0.00 | 975.38 |
| Acct: 2490 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,322.21 | 279.78 | 0.00 | 279.78 |
| Acct: 8947 | | | | |
| JPMORGAN CHASE BANK | 560.95 | 118.70 | 0.00 | 118.70 |
| Acct: 7683 | | | | |
| JPMORGAN CHASE BANK | 1,948.95 | 412.41 | 0.00 | 412.41 |
| Acct: 8679 | | | | |
| PNC BANK NA | 13,882.62 | 2,937.62 | 0.00 | 2,937.62 |
| Acct: 5826 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 792.96 | 167.80 | 0.00 | 167.80 |
| Acct: 0001 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 3,159.45 | 668.55 | 0.00 | 668.55 |
| Acct: 2868 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,472.21 | 311.52 | 0.00 | 311.52 |
| Acct: 0001 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 4,412.58 | 933.72 | 0.00 | 933.72 |

20-20180                                                                                                                                      Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 5700 | | | | |
| | CITIBANK NA** | 1,998.61 | 422.92 | 0.00 | 422.92 |
| | Acct: 7709 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 6,950.42 | 1,470.74 | 0.00 | 1,470.74 |
| | Acct: 3474 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5632 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRENEN & BIRSIC PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ABILITY RECOVERY SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT CONTROL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MRS BPO, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |
| | | | | | 25,711.85 |

**TOTAL PAID TO CREDITORS**                                                                                                        167,323.10

TOTAL CLAIMED
PRIORITY            0.00
SECURED         54,378.31
UNSECURED     121,509.24

Date: 02/25/2025                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LUKE W. AARON
    ALISHA M. AARON
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:20-20180

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-20180-CMB
Luke W. Aaron  Chapter 13
Alisha M. Aaron
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Feb 28, 2025  Form ID: pdf900  Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luke W. Aaron, 286 Sherwood Dr, Cranberry Twp, PA 16066-4366 |
| jdb | #+ | Alisha M. Aaron, 286 Sherwood Dr, Cranberry Twp, PA 16066-4366 |
| 15184951 | + | Golla Center for Plastic Surgery PC, 107 Gamma Drive, Suite 210, Pittsburgh, PA 15238-2936 |
| 15195194 | + | Great American Insurance, 1640 Capital St, Ste 100, Elgin, IL 60124-8077 |
| 15184952 | #+ | Haush and Co., 1640 Capital Street, Suite 100, Elgin, IL 60124-8077 |
| 15184956 | | Matthew Povy, Weltman Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15184960 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 15193915 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15207884 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15184966 | + | UPMC Patient Financial Services, Quantum 1 Building, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2025 02:07:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Mar 01 2025 00:21:22 | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 01 2025 01:14:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 01 2025 01:14:00 | Wilmington Savings Fund Society, RAS Crane & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 15184940 | | Email/Text: mnapoletano@ars-llc.biz | Mar 01 2025 01:15:00 | Ability Recovery Services LLC, PO Box 4262, Scranton, PA 18505-6262 |
| 15184941 | | Email/PDF: bncnotices@becket-lee.com | Mar 01 2025 01:38:45 | American Express, PO Box 981540, El Paso, TX 79998-1540 |
| 15197625 | | Email/PDF: bncnotices@becket-lee.com | Mar 01 2025 01:38:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184942 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 01 2025 01:14:00 | Bank of America, PO Box 15026, Wilmington, DE 19850-5026 |
| 15198259 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 01 2025 01:14:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15184948 | | Email/Text: correspondence@credit-control.com | Mar 01 2025 01:14:00 | Credit Control, LLC, PO Box 546, Hazelwood, |

Case 20-20180-CMB    Doc 83    Filed 03/02/25    Entered 03/03/25 00:29:18    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 28, 2025 | Form ID: pdf900 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | | MO 63042 |
| 15189133 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2025 01:39:08 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15198824 | | Email/PDF: bncnotices@becket-lee.com | Mar 01 2025 01:39:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184943 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 01:39:15 | Citi Cards/Costco, PO Box 790046, Saint Louis, MO 63179-0046 |
| 15184944 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 01:39:14 | Citi Mastercard, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 15219783 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2025 02:08:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15184945 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15184946 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank, PO Box 659705, San Antonio, TX 78265-9705 |
| 15184947 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2025 01:14:00 | Comenity Bank/HSN, Attn: Bankruptcy Dept., PO Box 183043, Columbus, OH 43218-3043 |
| 15184949 | | Email/Text: mrdiscen@discover.com | Mar 01 2025 01:14:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 15188524 | | Email/Text: mrdiscen@discover.com | Mar 01 2025 01:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15184950 | ^ | MEBN | Mar 01 2025 00:20:39 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 15218153 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2025 01:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184953 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 01 2025 01:38:18 | JPMorgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 15203266 | + | Email/Text: RASEBN@raslg.com | Mar 01 2025 01:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15184954 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 01 2025 01:14:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15184955 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 01 2025 01:14:00 | Kohl's/Capital One, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15190914 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2025 01:38:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184958 | ^ | MEBN | Mar 01 2025 00:20:37 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15205930 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2025 01:15:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15214249 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2025 01:15:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 15184957 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2025 01:14:00 | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 15213967 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2025 01:14:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15214236 | | Email/Text: perituspendrick@peritusservices.com | Mar 01 2025 01:14:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15184959 | | Email/Text: info@phoenixfinancialsvcs.com | | |

Case 20-20180-CMB   Doc 83   Filed 03/02/25   Entered 03/03/25 00:29:18   Desc Imaged
Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 28, 2025 | Form ID: pdf900 | Total Noticed: 59 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 01 2025 01:14:00 | Phoenix Financial Services LLC, PO Box 361450, Indianapolis, IN 46236-1450 |
| 15213595 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 01 2025 01:14:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15196873 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2025 02:08:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15193914 | ^ | MEBN | Mar 01 2025 00:21:22 | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 15185558 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2025 02:08:13 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184961 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 01:38:42 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 15184962 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 01:38:47 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 15184963 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 01:38:34 | Synchrony Bank/EBay Mastercard, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15184964 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:08:56 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15184965 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:08:10 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15516966 | + | Email/Text: bkteam@selenefinance.com | Mar 01 2025 01:14:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15184967 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 01 2025 01:15:00 | US Bank, Cardmember Service, PO Box 790084, Saint Louis, MO 63179-0084 |
| 15215204 | | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2025 01:39:11 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15220241 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 01 2025 03:23:34 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15219504 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 01 2025 03:23:34 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15184968 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 01 2025 03:23:34 | Wells Fargo VISA, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15218664 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 20-20180-CMB    Doc 83    Filed 03/02/25    Entered 03/03/25 00:29:18    Desc Imaged
Certificate of Notice    Page 9 of 9

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 28, 2025 | Form ID: pdf900 | Total Noticed: 59 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Herron | on behalf of Creditor S&T Bank aherron@grenenbirsic.com  mcupec@grenenbirsic.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | on behalf of Creditor S&T Bank bslaby@lenderlaw.com |
| Jeremy J Kobeski | on behalf of Creditor S&T Bank jkobeski@grenenbirsic.com  mcupec@grenenbirsic.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Michael S. Lazaroff | on behalf of Debtor Luke W. Aaron butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Michael S. Lazaroff | on behalf of Joint Debtor Alisha M. Aaron butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11