**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Luke W. Aaron | Social Security number or ITIN  xxx–xx–4005 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Alisha M. Aaron | Social Security number or ITIN  xxx–xx–2543 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–20180–CMB | |

## Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Luke W. Aaron                                        Alisha M. Aaron

4/15/25                                              **By the court:** Carlota M Bohm
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20180-CMB |
| Luke W. Aaron | Chapter 13 |
| Alisha M. Aaron | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 15, 2025 | Form ID: 3180W | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luke W. Aaron, 286 Sherwood Dr, Cranberry Twp, PA 16066-4366 |
| jdb | #+ | Alisha M. Aaron, 286 Sherwood Dr, Cranberry Twp, PA 16066-4366 |
| 15184951 | + | Golla Center for Plastic Surgery PC, 107 Gamma Drive, Suite 210, Pittsburgh, PA 15238-2936 |
| 15195194 | + | Great American Insurance, 1640 Capital St, Ste 100, Elgin, IL 60124-8077 |
| 15184952 | #+ | Haush and Co., 1640 Capital Street, Suite 100, Elgin, IL 60124-8077 |
| 15184956 | | Matthew Povy, Weltman Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15207884 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15193915 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15184960 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 15184966 | + | UPMC Patient Financial Services, Quantum 1 Building, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 16 2025 05:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 16 2025 05:10:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: JEFFERSONCAP.COM | Apr 16 2025 05:10:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | EDI: PRA.COM | Apr 16 2025 05:10:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Apr 16 2025 01:26:08 | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 16 2025 01:27:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 16 2025 01:27:00 | Wilmington Savings Fund Society, RAS Crane & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 15184940 | | Email/Text: mnapoletano@ars-llc.biz | Apr 16 2025 01:28:00 | Ability Recovery Services LLC, PO Box 4262, |

Case 20-20180-CMB    Doc 91    Filed 04/17/25    Entered 04/18/25 00:31:06    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: 3180W | Total Noticed: 62 |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Scranton, PA 18505-6262 |
| 15184941 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 01:48:30 | American Express, PO Box 981540, El Paso, TX 79998-1540 |
| 15197625 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 01:36:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184942 | + | EDI: BANKAMER | Apr 16 2025 05:10:00 | Bank of America, PO Box 15026, Wilmington, DE 19850-5026 |
| 15198259 | + | EDI: BANKAMER2 | Apr 16 2025 05:10:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15184948 | | Email/Text: correspondence@credit-control.com | Apr 16 2025 01:27:00 | Credit Control, LLC, PO Box 546, Hazelwood, MO 63042 |
| 15189133 | | EDI: CAPITALONE.COM | Apr 16 2025 05:10:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15198824 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 01:37:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184943 | + | EDI: CITICORP | Apr 16 2025 05:10:00 | Citi Cards/Costco, PO Box 790046, Saint Louis, MO 63179-0046 |
| 15184944 | | EDI: CITICORP | Apr 16 2025 05:10:00 | Citi Mastercard, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 15219783 | | EDI: CITICORP | Apr 16 2025 05:10:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15184945 | | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15184946 | | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank, PO Box 659705, San Antonio, TX 78265-9705 |
| 15184947 | | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank/HSN, Attn: Bankruptcy Dept., PO Box 183043, Columbus, OH 43218-3043 |
| 15184949 | | EDI: DISCOVER | Apr 16 2025 05:10:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 15188524 | | EDI: DISCOVER | Apr 16 2025 05:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15184950 | ^ | MEBN | Apr 16 2025 01:23:55 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 15218153 | | EDI: JEFFERSONCAP.COM | Apr 16 2025 05:10:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184953 | + | EDI: JPMORGANCHASE | Apr 16 2025 05:10:00 | JPMorgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 15203266 | + | Email/Text: RASEBN@raslg.com | Apr 16 2025 01:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15184954 | | EDI: CAPITALONE.COM | Apr 16 2025 05:10:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15184955 | | EDI: CAPITALONE.COM | Apr 16 2025 05:10:00 | Kohl's/Capital One, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15190914 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 01:37:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184958 | ^ | MEBN | Apr 16 2025 01:23:50 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15205930 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2025 01:28:00 | Midland Credit Management, Inc., PO Box 2037, |

Case 20-20180-CMB   Doc 91   Filed 04/17/25   Entered 04/18/25 00:31:06   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: 3180W | Total Noticed: 62 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | Warren, MI 48090-2037 |
| 15214249 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2025 01:28:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 15184957 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 01:27:00 | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 15213967 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 01:27:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15214236 | Email/Text: perituspendrick@peritusservices.com | Apr 16 2025 01:27:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15213595 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2025 01:27:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15196873 | EDI: PRA.COM | Apr 16 2025 05:10:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15193914 | ^ MEBN | Apr 16 2025 01:26:05 | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 15185558 | + EDI: AISACG.COM | Apr 16 2025 05:10:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184961 | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 15184962 | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 15184963 | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/EBay Mastercard, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15184964 | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15184965 | EDI: SYNC | Apr 16 2025 05:10:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15516966 | + Email/Text: bkteam@selenefinance.com | Apr 16 2025 01:27:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15184967 | EDI: USBANKARS.COM | Apr 16 2025 05:10:00 | US Bank, Cardmember Service, PO Box 790084, Saint Louis, MO 63179-0084 |
| 15215204 | EDI: AIS.COM | Apr 16 2025 05:10:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15220241 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 16 2025 01:36:14 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15219504 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 16 2025 01:36:16 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15184968 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 16 2025 01:36:46 | Wells Fargo VISA, PO Box 10347, Des Moines, IA 50306-0347 |
| 16506207 | + Email/Text: bkteam@selenefinance.com | Apr 16 2025 01:27:00 | Wilmington Savings Fund Society, Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |

TOTAL: 52

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: 3180W | Total Noticed: 62 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15218664 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184959 | ## | Phoenix Financial Services LLC, PO Box 361450, Indianapolis, IN 46236-1450 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Herron | on behalf of Creditor S&T Bank aherron@grenenbirsic.com mcupec@grenenbirsic.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | on behalf of Creditor S&T Bank bslaby@bdblaw.com |
| Jeremy J Kobeski | on behalf of Creditor S&T Bank jkobeski@grenenbirsic.com mcupec@grenenbirsic.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Michael S. Lazaroff | on behalf of Debtor Luke W. Aaron butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Michael S. Lazaroff | on behalf of Joint Debtor Alisha M. Aaron butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11