IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   LUKE W. AARON<br>   ALISHA M. AARON<br>        Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>      vs.<br>   No Repondents. | Case No.:20-20180<br><br>Chapter 13<br><br>Related to: Document No. 79<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this __15th__ day of __April__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
4/15/25 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm          glb
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20180-CMB |
| Luke W. Aaron | Chapter 13 |
| Alisha M. Aaron | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luke W. Aaron, 286 Sherwood Dr, Cranberry Twp, PA 16066-4366 |
| jdb | #+ | Alisha M. Aaron, 286 Sherwood Dr, Cranberry Twp, PA 16066-4366 |
| 15184951 | + | Golla Center for Plastic Surgery PC, 107 Gamma Drive, Suite 210, Pittsburgh, PA 15238-2936 |
| 15195194 | + | Great American Insurance, 1640 Capital St, Ste 100, Elgin, IL 60124-8077 |
| 15184952 | #+ | Haush and Co., 1640 Capital Street, Suite 100, Elgin, IL 60124-8077 |
| 15184956 | | Matthew Povy, Weltman Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15207884 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15193915 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15184960 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 15184966 | + | UPMC Patient Financial Services, Quantum 1 Building, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2025 01:28:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2025 01:49:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Apr 16 2025 01:26:11 | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 16 2025 01:27:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 16 2025 01:27:00 | Wilmington Savings Fund Society, RAS Crane & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 15184940 | | Email/Text: mnapoletano@ars-llc.biz | Apr 16 2025 01:28:00 | Ability Recovery Services LLC, PO Box 4262, Scranton, PA 18505-6262 |
| 15184941 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 01:49:08 | American Express, PO Box 981540, El Paso, TX 79998-1540 |
| 15197625 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 01:37:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184942 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2025 01:27:00 | Bank of America, PO Box 15026, Wilmington, DE |

Case 20-20180-CMB    Doc 92    Filed 04/17/25    Entered 04/18/25 00:31:06    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 60 |

| Recipient # | Flag | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | 19850-5026 |
| 15198259 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 16 2025 01:27:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15184948 | | Email/Text: correspondence@credit-control.com | Apr 16 2025 01:27:00 | Credit Control, LLC, PO Box 546, Hazelwood, MO 63042 |
| 15189133 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:49:10 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15198824 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 01:37:07 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184943 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:36:11 | Citi Cards/Costco, PO Box 790046, Saint Louis, MO 63179-0046 |
| 15184944 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:36:14 | Citi Mastercard, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 15219783 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:37:07 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15184945 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15184946 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank, PO Box 659705, San Antonio, TX 78265-9705 |
| 15184947 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank/HSN, Attn: Bankruptcy Dept., PO Box 183043, Columbus, OH 43218-3043 |
| 15184949 | | Email/Text: mrdiscen@discover.com | Apr 16 2025 01:27:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 15188524 | | Email/Text: mrdiscen@discover.com | Apr 16 2025 01:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15184950 | ^ | MEBN | Apr 16 2025 01:23:56 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 15218153 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2025 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184953 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2025 01:36:11 | JPMorgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 15203266 | + | Email/Text: RASEBN@raslg.com | Apr 16 2025 01:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15184954 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:36:40 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15184955 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:49:01 | Kohl's/Capital One, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15190914 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 01:36:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184958 | ^ | MEBN | Apr 16 2025 01:23:51 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15205930 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2025 01:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15214249 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2025 01:28:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 15184957 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 01:27:00 | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 15213967 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 01:27:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O. |

Case 20-20180-CMB  Doc 92  Filed 04/17/25  Entered 04/18/25 00:31:06  Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 619096, Dallas, TX 75261-9096 |
| 15214236 | | Email/Text: perituspendrick@peritusservices.com Apr 16 2025 01:27:00 | | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15213595 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 16 2025 01:27:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15196873 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2025 01:36:46 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15193914 | ^ | MEBN Apr 16 2025 01:26:09 | | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 15185558 | + | Email/PDF: acg.acg.ebn@aisinfo.com Apr 16 2025 01:36:11 | | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184961 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 16 2025 01:48:46 | | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 15184962 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 16 2025 01:48:46 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 15184963 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 16 2025 01:36:36 | | Synchrony Bank/EBay Mastercard, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15184964 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 16 2025 01:36:34 | | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15184965 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 16 2025 01:35:58 | | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15516966 | + | Email/Text: bkteam@selenefinance.com Apr 16 2025 01:27:00 | | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15184967 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Apr 16 2025 01:28:00 | | US Bank, Cardmember Service, PO Box 790084, Saint Louis, MO 63179-0084 |
| 15215204 | | Email/PDF: ebn_ais@aisinfo.com Apr 16 2025 01:36:40 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15220241 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Apr 16 2025 01:48:22 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15219504 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Apr 16 2025 01:48:45 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15184968 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Apr 16 2025 01:49:04 | | Wells Fargo VISA, PO Box 10347, Des Moines, IA 50306-0347 |
| 16506207 | + | Email/Text: bkteam@selenefinance.com Apr 16 2025 01:27:00 | | Wilmington Savings Fund Society, Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15218664 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184959 | ## | Phoenix Financial Services LLC, PO Box 361450, Indianapolis, IN 46236-1450 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025             Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Herron | on behalf of Creditor S&T Bank aherron@grenenbirsic.com mcupec@grenenbirsic.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | on behalf of Creditor S&T Bank bslaby@bdblaw.com |
| Jeremy J Kobeski | on behalf of Creditor S&T Bank jkobeski@grenenbirsic.com mcupec@grenenbirsic.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Michael S. Lazaroff | on behalf of Debtor Luke W. Aaron butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Michael S. Lazaroff | on behalf of Joint Debtor Alisha M. Aaron butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11